United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAEZE NWOSU, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04144 |
| § | |
| BROOKFIELD CORPORATION, *et al.*, § | |
|     Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 19, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1). (Dkt. 14). Judge Bennett filed a Memorandum and Recommendation on January 21, 2025, recommending that this lawsuit be dismissed without prejudice because Plaintiff failed to comply with a show-cause order. (Dkt. 21).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1)    Judge Bennett's Memorandum and Recommendation (Dkt. 21) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

    (2)    This case is **DISMISSED WITHOUT PREJUDICE.**

It is so **ORDERED**.

SIGNED at Houston, Texas on February 6, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE